IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY D. DREHER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ZACHARY L. DAVIS, *et al*. | : | |
| | : | No. 22-4616 |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 24th day of June, 2024, upon consideration of Plaintiff's Motion for Sanctions (Doc. No. 39) and Defendant's Response in Opposition (Doc. No. 45), and for the reasons set forth more completely in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the Plaintiff's Motion is **GRANTED IN-PART** and **DENIED IN-PART**. It is **FURTHER ORDERED** as follows:

1.  Defendant Kevin's Produce shall respond to all of Plaintiff's outstanding discovery requests within fourteen (14) days of this Order, *without objection*.

2.  Mr. Kevin Secotte and Ms. Ashley Secotte shall appear for a deposition within thirty (30) days of this Order.

3.  Plaintiff shall file a proposed order for the Court's consideration, which directs Defendant Kevin's Produce to pay for Plaintiff's reasonable attorneys' fees for having to prepare and file both his Motion to Compel (Doc. No. 34) and the instant Motion for Sanctions (Doc. No. 39), within thirty (30) days of this Order.[1]

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge

---

[1] The proposed order should specify a specific sum to be paid by Defendant Kevin's Produce and how and by when payment should be made. The filing should also be accompanied with supporting documentation setting forth the reasonableness of the proposed fees.